



**Korde & Associates, P.C.**
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

Serving the States of:

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

December 12, 2022

Constance Boardman
45 Drummond Point
Bath, ME 04530

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

NOTICE OF DEFAULT

Re: $373,350.00 Promissory Note and Mortgage dated March 4, 2005
45 Drummond Point, Bath, ME 04530
Our File No:

Dear Sir/Madam:

This office represents Longbridge Financial, LLC ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated March 4, 2005 between Financial Freedom Senior Funding Corporation, a Subsidiary of IndyMac Bank, F.S.B. as lender and Constance Boardman as borrower in the original principal amount of $373,350.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Constance Boardman to Financial Freedom Senior Funding Corporation, a Subsidiary of IndyMac Bank, F.S.B. dated March 4, 2005 and recorded in the Sagadahoc County Registry of Deeds in Book 2537, Page 121 (the "Mortgage"). The Note and Mortgage are serviced by Compu-Link Corporation d/b/a Celink ("Servicer") which is authorized to act and accept payments on behalf of the Holder. The Note and Mortgage are collectively referred to herein as the "Loan Documents."

Please be advised that you are in default of the terms of the Loan Documents. The reason for your default is that the property has ceased to be your primary residence and is not the principal residence of at least one other borrower.

The following amounts are past due as of December 12, 2022:

| | |
|---|---|
| Principal Balance | $167,851.94 |
| Accrued Interest | $25,246.01 |
| Inspection Fees | $100.00 |



Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday
www.LOGS.com/korde

Page 1 of 3

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

| | |
|---|---|
| Appraisal Fee | $1,250.00 |
| Attorney's Fees/Costs | $1,845.00 |
| MIP | $9,389.63 |
| Service Fees | $7,490.00 |
| Taxes | $5,304.00 |
| **TOTAL AMOUNT DUE TO CURE THE DEFAULT** | **$218,476.58** |

The total amount due to cure the default does not include any amounts that become due after the date of this notice.

You may cure this default by any one of the following methods: (1) re-occupying the property as your primary residence and executing and returning the attached Occupancy Verification Form; (2) pay the balance in full; (3) sell the property for the lesser of the balance or 95% of the appraised value and apply the net proceeds of the sale toward the balance; or (4) provide the Lender with a deed in lieu of foreclosure. The total amount to cure the default is $218,476.58, as of December 12, 2022.

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given. If you do not cure the default, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

Said funds must be in the form of a **bank or certified check** made payable to **Compu-Link Corporation d/b/a Celink** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the

subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure. You may discuss available options with the Holder or Servicer or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

Compu-Link Corporation d/b/a Celink
101 West Louis Henna Blvd.
Suite 450
Austin, TX 78728
1-800-441-4428
lmrequest@reversedepartment.com

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

If you have any questions concerning the above, please contact us at the above address.

              Very truly yours,

              **KORDE & ASSOCIATES, P.C.**



**Korde & Associates, P.C.**
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

**Serving the States of:**

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

## OCCUPANCY VERIFICATION

Loan no.: █████

As a requirement of your reverse mortgage loan, we are required to confirm, on an annual basis, that the property which secures your mortgage is still your primary residence. Please sign where indicated below and return this letter to us in the enclosed envelope or fax it to us at 207-775-6995. If the property is not your primary residence, please provide a written explanation and return it in the envelope provided.

As a reminder, it is your responsibility to advise us of any absences from your property that exceeds two (2) months.

Property Address: 45 Drummond Point, Bath, ME 04530

I (we) hereby certify that I (we) occupy the property noted above as my (our) principal residence.

**Warning:** Section 1001 of Title 18 of the United States Code makes it a criminal offense to make a willfully false statement or misrepresentation to any department or agency of the United States government as to any matter within its jurisdiction.

Borrower (1) _____ Date _____
                   Signature Required

Borrower (2) _____ Date _____
              Signature Required (if applicable)

If you would like to give permission to us to discuss your account with anyone other than yourself (Son, Daughter, etc.,), please complete the section below. Please note that completing this section is <u>optional</u>.

Name _____ Phone Number _____

Address _____

Relationship to Borrower(s) _____

A portion of the Firm's practice includes the collection of debts and any information obtained will be used for that purpose. However, if you (1) did not execute the Promissory Note relating to this mortgage, (2) if you are currently in bankruptcy or (3) have received a discharge in bankruptcy, this communication is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.

Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday
www.LOGS.com/korde                                Page 1 of 1

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

This listing is current as of **12/11/2022**.

# Agencies located in MAINE

| | |
|---|---|
| **Agency Name:** | PENQUIS COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-973-3500 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| **Counseling Services:** | - Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.penquis.org |
| **Agency ID:** | 81649 |

| | |
|---|---|
| **Agency Name:** | COASTAL ENTERPRISES, INCORPORATED |
| **Phone:** | 207-504-5900 |
| **Toll Free:** | 877-340-2649 |
| **Fax:** | |
| **Email:** | jason.thomas@ceimaine.org |
| **Address:** | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Reverse Mortgage Counseling<br>- Services for Homeless Counseling |
| **Languages:** | - English<br>- Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.ceimaine.org |
| **Agency ID:** | 80985 |

| | |
|---|---|
| **Agency Name:** | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| **Phone:** | 207-866-6545 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 20 Godfrey Dr<br>Orono, Maine 04473-3610 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Home Improvement and Rehabilitation Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | OWEESTA CORPORATION |
| **Website:** | http://www.fourdirectionsmaine.org |
| **Agency ID:** | 83879 |

| | |
|---|---|
| **Agency Name:** | AVESTA HOUSING DEVELOPMENT CORPORATION |
| **Phone:** | 207-553-7780-3347 |
| **Toll Free:** | 800-339-6516 |
| **Fax:** | 207-553-7778 |
| **Email:** | ndigeronimo@avestahousing.org |
| **Address:** | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |

|  |  |
|---|---|
|  | - Rental Housing Counseling<br>- Rental Housing Workshops |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | www.avestahousing.org |
| **Agency ID:** | 81144 |

|  |  |
|---|---|
| **Agency Name:** | YORK COUNTY COMMUNITY ACTION AGENCY |
| **Phone:** | 207-324-5762 |
| **Toll Free:** |  |
| **Fax:** | 207-490-5026 |
| **Email:** | meaghan.arzberger@yccac.org |
| **Address:** | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.yccac.org |
| **Agency ID:** | 81150 |

|  |  |
|---|---|
| **Agency Name:** | COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE |
| **Phone:** | 207-333-6419 |
| **Toll Free:** | 800-866-5588 |
| **Fax:** | 207-795-4069 |
| **Email:** | homequest@community-concepts.org |
| **Address:** | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling<br>- Resolving/Preventing Mortgage Delinquency Workshops |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | https://www.ccimaine.org/ |
| **Agency ID:** | 81580 |

|  |  |
|---|---|
| **Agency Name:** | KENNEBEC VALLEY COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-859-1500 |
| **Toll Free:** | 800-542-8227 |
| **Fax:** |  |
| **Email:** | housing@kvcap.org |
| **Address:** | 101 Water St<br>Waterville, Maine 04901-6339 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.kvcap.org |
| **Agency ID:** | 81685 |

**UNITED STATES POSTAL SERVICE®**

Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

To pay fee, affix stamp or meter postage here.

**FROM:**

Korde & Associates, P.C.
707 Sable Oaks Drive, Ste. 250
South Portland, ME 04106

**TO:**

Constance Boardman
45 Drummond Point
Bath, ME 04530

WESTBROOK, MAINE 04098
DEC 12 2022
USPS
US POSTAGE

quadient
CORRECTION
IMI
$001.65
12/12/2022 ZIP 04106
043M31235438





**Version: E 08/17**

...it 1983, WALZ is a pioneer and the name leader in providing Certified Mail solutions. We offer significant domain expertise in Certified Mail and the leading solutions in the industry.

To reorder forms, *contact us* at:

sales@walzgroup.com

(800) 381-3811

www.walzgroup.com

**WALZ SOLUTIONS:**

- **WALZ CERTIFIED MAILERS**: Patented forms and software to automate your in-house process

- **WALZ OUTSOURCING SERVICES**: Comprehensive Outsourcing Solutions for compliant type mailings, utilizing Certified Mail® and First-Class Mail® services

- **TRACKRIGHT™**: Tracks USPS® Delivery events, images and updated status

- **STORERIGHT**: Return Receipt and Unclaimed Mail storage and records management system

- WALZ currently services 34 of the Fortune 100 companies and 86 of the AmLaw 200

- 80% of the top mortgage companies are our clients along with over 3,500 organizations such as government, legal, healthcare, and insurance

- Over the past 30 years, WALZ has created unique Certified Mail solutions for over 300 million mailings

### WALZ REFERRAL PROGRAM

+ Do you know someone who could benefit from using our forms?

+ Mention our forms to a friend and tell them to mention your name when they call. Both you and your friend will receive **10%** off of your next orders (limit of 10% off per order).

**Promotional Code R1**

---

**Label 1:** Addressee label

**Label 2:** Additional addressee label or optional return address label when using the Walz Certified Macro

**Label 3:** Return address label

**Label 4:** *Sender's* record of the Certified Article Number

**Label 5:** Additional label for customer files

**Label 6:** PS Form 3800 Certified sticker (affix at the top of the envelope with *the perforation* mark on the edge)

**Return Receipt:** Proof of delivery that provides recipient signature, delivery date and forwarded address of delivery, if applicable



**FRONT**



**BACK**